# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. TOMASZEWSKI aka CHRIS TOMASZEWSKI,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company;<br><br>Defendant. | Case No.: **CV 20-487 GW-AGRx**<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge George H. Wu |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff CHRISTOPHER L. TOMASZEWSKI aka CHRIS TOMASZEWSKI ("**Plaintiff**") and Defendant BMW OF NORTH AMERICA, LLC ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have

-1-
JOINT STATUS REPORT

entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $11,420.02 to Plaintiff and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) Payment shall be made to Knight Law Group, LLP.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 24, 2020

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

Prepared by:
**KNIGHT LAW GROUP, LLP**
**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
**CHRISTOPHER L. TOMASZEWSKI aka CHRIS TOMASZEWSKI**